2
3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

FEB 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ERIC LOPEZ,<br>    Petitioner, | §<br>§<br>§ | |
| VS. | §<br>§ | MISCELLANEOUS NO. B-00-002 |
| GARY L. JOHNSON, DIRECTOR,<br>TDCJ-ID<br>    Respondent. | §<br>§<br>§ | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Eric Lopez ("Lopez") has filed an application for habeas corpus pursuant to 28 U.S.C. § 2254. (Docket No. 1). For the reasons set forth below it is recommended that his petition be dismissed.

## BACKGROUND AND RECOMMENDATION

Lopez's current petition is identical to the one he filed in Civil Action No. B-99-116. On November 3, 1999, the Hon. Filemon B. Vela, United States District Judge, adopted a Report and Recommendation by the undersigned recommending dismissal of Lopez's petition in Civil Action No. B-99-116 on the grounds that it was time barred. On January 3, 2000, Judge Vela denied Lopez's request for a certificate of appealability.

Lopez's current petition is a successive petition. Rule 9(b) Rules Governing § 2254 Cases. *Duff-Smith v. Collins,* 995 F.2d 545 (5th Cir. 1993), *cert. denied* 509 U.S. 933 (1993)

IT IS THEREFORE **RECOMMENDED** that Eric Lopez's habeas petition be **DISMISSED**.

A party's failure to file written objections to the proposed findings, conclusions, and

recommendation in a magistrate judge's report and recommendation within 10 days after being served

with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the

unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided

that the party has been served with notice that such consequences will result from a failure to object.

*Douglass v. United Services Automobile Association,* 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 9th day of February, 2000.

John Wm. Black
United States Magistrate Judge

2