4

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| ERIC LOPEZ, | § | |
|    Petitioner, | § | |
| | § | |
| VS. | § | MISCELLANEOUS NO. B-00-002 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TDCJ-ID | § | |
|    Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of February 9, 2000 should be **ADOPTED** and the Petitioner's Petition is **DISMISSED**.

DONE in Brownsville, Texas, on this ___3___ day of ___March___, 2000.

_____
Hilda G. Tagle
United States District Judge